UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHANNON N. ROBERTS,

          Plaintiff,

-vs-                                     Case No.  6:21-cv-459-GKS-GJK

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

_____

REPORT AND RECOMMENDATION

This cause came on for consideration, without oral argument, on the following

motion:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO REMAND UNDER SENTENCE FOUR (Doc. No. 23)** |
| **FILED:** | **September 8, 2021** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED.**

On September 8, 2021, the Commissioner of Social Security (the "Commissioner") filed an Unopposed Motion to Remand Under Sentence Four (hereafter the "Motion") requesting that the decision of the Commissioner be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for the Administrative

Law Judge to render a new decision, "reassess Plaintiff's residual functional capacity along with the medical opinion evidence; if necessary, to obtain vocational expert evidence; to offer Plaintiff the opportunity for a hearing; to take any further action needed to complete the administrative record." Doc. No. 23. The Motion is unopposed. *Id.*

Based on the foregoing, it is **RECOMMENDED** that the Court:

1. **GRANT** the Motion (Doc. No. 23);

2. **REVERSE** and **REMAND** the case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and

3. Direct the Clerk to enter a separate judgment in favor of Plaintiff and to close the case.

## NOTICE TO PARTIES

A party has fourteen days from the date this Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions. Failure to serve and file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.

**RECOMMENDED** in Orlando, Florida on October 12, 2021.

2

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Presiding District Judge
Counsel of record
Unrepresented parties