# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SHANNON N. ROBERTS,**

      **Plaintiff,**

v.                                                   **Case No: 6:21-cv-459-GKS-GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

# ORDER

THIS CAUSE comes before the Court upon the Unopposed Motion for Remand Under Sentence Four, (Doc. 23) (Motion), by Defendant, Kilolo Kijakazi, the Acting Commissioner of Social Security,

> for the following reasons: On remand the Appeals Council will instruct the administrative law judge to reassess Plaintiff's residual functional capacity along with the medical opinion evidence; if necessary, to obtain vocational expert evidence; to offer Plaintiff the opportunity for a hearing; to take any further action needed to complete the administrative record; and to issue a new decision.

The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On October 12, 2021, the United States Magistrate Judge issued a Report and

Recommendation recommending that the Motion be granted, and the Commissioner's decision be reversed and remanded (Doc. 24).

After review and consideration of the Report and Recommendation (Doc. 24), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 24) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant's Unopposed Motion for Remand Under Sentence Four (Doc. 23) is **GRANTED.**

3. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

4. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff, Shannon N. Roberts, and to **CLOSE THE CASE**.

**DONE AND ORDERED** at Orlando, Florida, this ___15___ day of October, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties